UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT ROGERS,<br><br>   Petitioner,<br>v.<br><br>SUPERINTENDENT ALAN FINNAN,<br><br>   Respondent. | No. 1:06-cv-1542-DFH-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 5/25/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov

Robert Rogers
#864981
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064